

CHIEF FINANCIAL OFFICER
**JEFF ATWATER**
STATE OF FLORIDA



15-106140

SURESH BEDASIE

PLAINTIFF(S),

VS.

LIBERTY MUTUAL FIRE INSURANCE COMPANY

DEFENDANT(S).

CASE #:     **15-016985-CA-01**
COURT:     **CIRCUIT COURT**
COUNTY:  **MIAMI-DADE**
DFS-SOP#: **15-106140**

_____/

CIVIL ACTION SUMMONS, COMPLAINT AND REQUEST FOR JURY TRIAL, PLAINTIFF'S NOTICE OF COMPLIANCE WITH RULE 2.516(B)(1) AND DESIGNATION OF EMAIL ADDRESS(ES), DISCOVERY

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by PROCESS SERVER on the 21st day of August, 2015 and a copy was forwarded by Electronic Delivery on the 25th day of August, 2015 to the designated agent for the named entity as shown below.

LIBERTY MUTUAL FIRE INSURANCE COMPANY
LYNETTE COLEMAN
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

**\* Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.**

*Jeff Atwater*

Jeff Atwater
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court:

JOHN E. HUGHES, III, ESQ.
MCLUSKEY, MCDONALD & HUGHES, P.A.                                          AMD
THE BARRISTER BUILDING
8821 S.W. 69TH COURT
MIAMI FL 33156

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION
CASE NO: 15-016985-CA-01

SURESH BEDASIE,

    Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

    Defendant.

_____/

## CIVIL ACTION SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of Said State:

    YOU ARE HEREBY COMMANDED to serve this summons and a copy of the

Complaint, Notice of Service of Interrogatories, Request for Production, and Notice of

Compliance on Defendant:

    **Please serve:**    **LIBERTY MUTUAL FIRE INSURANCE COMPANY**

    **By Serving:**    **Chief Financial Officer**
                      **200 East Gaines Street**
                      **Tallahassee, Florida 32399**

**Pursuant to FL Statute 48.151(1)**

    Each defendant is required to serve written defenses to the complaint or petition

on plaintiff's attorney, to wit: **John E. Hughes, III, Esq., 8821 S.W. 69th Court, Miami, FL**

-1-

**33156**, within **20 days** after service of this summons on that defendant, exclusive of the

day of service, and to file the original of the defenses with the Clerk of this Court

either before service on plaintiff's attorney or immediately thereafter.   If a defendant fails

to do so, a default will be entered against that defendant for the relief demanded in the

complaint or petition.

**John E. Hughes, III, Esq.**
McLuskey, McDonald & Hughes, P.A.
Attorneys for Plaintiff
The Barrister Building
8821 S.W. 69th Court
Miami, FL 33156
Telephone: 305-662-6160
Telecopier: 305-662-6164
Florida Bar No: 0181099

DATED      JUL 2 9 2015

                             Harvey   Ruvin
                             As Clerk of Said Court

                             IRMA B. MOORE

By:_____
                             As Deputy Clerk

McLUSKEY, McDONALD & HUGHES, P.A.
THE BARRISTER BUILDING • 8821 S.W. 69TH COURT • MIAMI, FLORIDA 33156
TELEPHONE (305) 662-6160 • FACSIMILE (305) 662-6164 • EMAIL inquiry@mmlawmiami.com

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.: 15-016985 CA 01

SURESH BEDASIE,

      Plaintiffs,

v.

LIBERTY MUTUAL FIRE
INSURANCE COMPANY,

      Defendant.

_____/

## COMPLAINT AND REQUEST FOR JURY TRIAL

Plaintiff, SURESH BEDASIE ("Bedasie"), by and through undersigned counsel, hereby files this Complaint against the Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty"), and alleges as follows:

1.      This is an action for damages in excess of Fifteen Thousand ($15,000.00) Dollars exclusive of interest, attorneys' fees and costs.

2.      At all times material hereto, Plaintiff, Bedasie was a resident of Miami-Dade County, Florida and is otherwise *sui juris*.

3.      At all times material hereto, Defendant, Liberty, was a corporation licensed to and conducting business in the State of Florida, including Miami-Dade County.

4.      Venue is proper in Miami-Dade County, Florida.

### FACTUAL BACKGROUND

-1-

Complaint and Request for Jury Trial

5.      The parties entered into an insurance contract, bearing Policy Number H3225107065460, Claim No. 031779353-01that was in full force and effect at the time of the subject date of loss.   Liberty is in possession of a full and complete copy of the subject policy.

6.      At all times material hereto, the above referenced policy of insurance provided coverage for property damage for the property owned by Plaintiff, Bedasie and listed in the Property Coverage Schedule including endorsements thereto, to wit:   810 NE 140 ST N. Miami, Florida 33161.

7.      On or about March 27, 2015, Plaintiff, Bedasie, sustained damage and losses to his property listed in the Property Coverage Schedule, including endorsements thereto as a result of plumbing leak.   The property consists of a single family home. Plaintiff, Bedasie promptly provided notice of the loss to Defendant, Liberty.

8.      Plaintiff, Bedasie, had a professional assist with evaluating the scope of damages and cost of repairs.   In addition the Defendant, Liberty sent inspectors to examine the loss at the Plaintiff's home and after seeing the loss and damage, declined to pay the full value of the claim.

9.      Defendant, Liberty, has repeatedly failed and refused to fully compensate Plaintiff, Bedasie for his damages that are covered under the contract of insurance.

10.     The damage to Plaintiff's residence was caused by a plumbing leak and is covered under the terms and conditions of the insurance policy issued to him by the Defendant, Liberty.

-2-

11.    Defendant, Liberty, has failed and/or refused to pay the full value of the covered claim.

12.    All conditions precedent to bringing this action and to recover under the aforementioned policy have been performed by the Plaintiff, Bedasie or has otherwise been waived by Defendant, Liberty.

13.    As a further direct and proximate cause of the Defendant's conduct, Plaintiff, Bedasie has been obligated to retain the undersigned counsel to bring this action and has agreed to pay the undersigned counsel a reasonable fee for services rendered. Pursuant to Florida Statute §627.428 and others, Plaintiff, Bedasie is entitled to recover said attorneys' fees and costs from the Defendant, Citizens.

## COUNT I - BREACH OF CONTRACT

Plaintiff, Bedasie realleges and adopts the allegations set forth in paragraph 1 through 13 above as if fully restated herein and further alleges as follows:

14.    Despite the clear obligation to pay Plaintiff, Bedasie for the entirety of his losses due to the plumbing leak and the resultant damage to his property, Defendant, Liberty, has failed to pay Plaintiff, Bedasie for the entirety of his losses covered under the policy of insurance herein, and/or refuses to make said payments, and thus Defendant, Liberty, is in breach of the policy of insurance.

15.    As a further direct and proximate cause of the Defendant's conduct, Plaintiff, Bedasie has been obligated to retain the undersigned counsel to bring this action and has agreed to pay the undersigned counsel a reasonable fee for services.   Pursuant

McLUSKEY, McDONALD & HUGHES, P.A.
THE BARRISTER BUILDING • 8821 S.W. 69TH COURT • MIAMI, FLORIDA 33156
TELEPHONE (305) 662-6160 • FACSIMILE (305) 662-6164 • EMAIL inquiry@mmlawmiami.com

Complaint and Request for Jury Trial

to Florida Statute §627.428 and others, Plaintiff, Bedasie is entitled to recover said attorneys' fees and costs from the Defendant, Liberty.

WHEREFORE, Plaintiff, Bedasie demands judgment for damages, including but not limited to property damages, attorneys' fees, costs and prejudgment interest against Defendant, Liberty.

### REQUEST FOR JURY TRIAL

Plaintiff hereby requests a trial by jury of all issues so triable as a matter of right.

Dated:      July 23, 2015.

JEH

John E. Hughes, III, Esquire
Primary:eservice@mmlawmiami.com
Secondary:jhughes@mmlawmiami.com
Secondary: rmalpert@mmlawmiami.com
Florida Bar No. 0181099
McLUSKEY, McDONALD & HUGHES, P.A.
Attorneys for Plaintiffs
The Barrister Building
8821 S.W. 69th Court
Miami, FL  33156
(305) 662-6160 Telephone
(305) 662-6164 Fax

-4-

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY; FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.: 15016985 CA 01

SURESH BEDASIE,
                          Plaintiff,

v.

LIBERTY MUTUAL FIRE
INSURANCE COMPANY,
                          Defendant.
_____ /

## PLAINTIFF'S NOTICE OF COMPLIANCE
## WITH RULE 2.516(b)(1) AND DESIGNATION OF EMAIL ADDRESS(ES)

Plaintiff, SURESH BEDASIE, by and through undersigned counsel, files this Notice of Compliance with Florida Rule of Judicial Administration 2.516(b)(1) and Designation of Email Address(es) (effective September 1, 2012) and designate the following email address(es):

Primary:     McLuskey & McDonald, P.A.        eservice@mmlawmiami.com
Secondary:  John E. Hughes, III, Esq.          jhughes@mmlawmiami.com
Secondary:  Rene Alpert                        rmalpert@mmlawmiami.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on the Defendant, along with the Summons and Complaint.

_____JEH_____

John E. Hughes, III, Esquire
jhughes@mmlawmiami.com
Florida Bar No. 0181099
McLUSKEY, McDONALD & HUGHES, P.A.
*Attorneys for Plaintiff*
8821 S.W. 69th Court
Miami, FL 33156
Telephone:  (305) 662-6160
Facsimile:  (305) 662-6164

IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.: 15016985 CA 01

SURESH BEDASIE,

      Plaintiff,

v.

LIBERTY MUTUAL FIRE
INSURANCE COMPANY,

      Defendant.

_____/

## FIRST REQUEST FOR PRODUCTION TO DEFENDANT

Plaintiff, SURESH BEDASIE. ("Bedasie") pursuant to Rule 1.350 of the Florida Rules of Civil Procedure requests the Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty") to produce and permit the inspection and copying of the following documents, writings, and other data, at the offices of the attorneys for the Plaintiffs:

1.     A certified copy of the policy identified in the Complaint and issued to Plaintiffs.

2.     A copy of all statements, in whatever form, taken from the Plaintiffs or their agents/representatives.

3.     A copy of all statements, in whatever form, taken from third parties relating to the subject loss.

4.     A copy of the complete claim files pertaining to the subject loss, including

-1-

home office, regional and field adjuster files, pertaining to the Plaintiffs' claim, excluding privileged matters; please provide a Privilege Log for all matters as to which privilege is asserted.

5.      All photographs or videotapes of the subject premises.

6.      A copy of the underwriting file for the Policy identified in the Complaint and any predecessor policies.

7.      All estimates relating to the cost to repair the damages of the Plaintiffs' residence.

8.      Any documents in whatever form which Defendant plans to utilize at trial in this case.

9.      Any document, photograph or videotape in the Defendant's possession generated prior to the date of loss which depicts or references the condition of the subject property prior to the date of loss.

10.     Application for the subject insurance policy.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on the Defendant, along with the Summons and Complaint.

-2-

/s/JEH
John E. Hughes, III, Esquire
jhughes@mmlawmiami.com
Florida Bar No. 0181099
McLuskey, McDonald & Hughes, P.A.
*Attorneys for Plaintiff*
8821 S.W. 69th Court
Miami, FL 33156
Telephone:   (305) 662-6160
Facsimile:   (305) 662-6164

-3-

IN THE CIRCUIT OF THE 11th
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA.

CIRCUIT CIVIL DIVISION

CASE NO.: 15016985 CA 01

SURESH BEDASIE,

      Plaintiff,

v.

LIBERTY MUTUAL FIRE
INSURANCE COMPANY,

      Defendant.

_____/

## PLAINTIFF'S NOTICE OF FIRST SET OF INTERROGATORIES TO DEFENDANT

    Plaintiff, SURESH BEDASIE propounds the attached Interrogatories to Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY, to be answered on or before the 45th day after service of the Summons and Complaint, in accordance with the Florida Rules of Civil Procedure.  An executed copy of this certificate is being filed with the Court as provided by the Florida Rules of Civil Procedure.

    WE HEREBY CERTIFY that a true and correct copy of the foregoing was served along with the Complaint and Summons.

           /s/JEH
           John E. Hughes, III, Esquire
           jhughes@mmlawmiami.com
           Florida Bar No. 0181099
           McLUSKEY,   McDONALD   &
           HUGHES, P.A.
           *Attorneys for Plaintiff*
           8821 S.W. 69th Court
           Miami, FL 33156
           Telephone:   (305) 662-6160
           Facsimile:   (305) 662-6164

-1-

## FIRST SET OF INTERROGATORIES TO DEFENDANT

1.      What is the name and address of the person answering these interrogatories, and, if applicable, the person's position or relationship with the party to whom the Interrogatories are directed?

2.      State the facts upon which you based the failure of Defendant to pay the entirety of the Plaintiff's claim.

3.      State the facts upon which you rely for each affirmative defense in your answer.

4.      State the names, addresses and telephone numbers of all persons who are believed or known by you, your agents, or your attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject about which the witness has knowledge.

-2-

5.      List the names, employers, residence and business addresses and telephone numbers, dates of birth and social security numbers of all persons who were interviewed, or from whom oral or written statements were taken, by you, your employees, agents, investigators or field adjusters in connection with the investigation of the Plaintiff's claim.

6.      Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit?   If so, state the name and address of each person who made the statements, the name and address of each person who heard it, and the date, time, place and substance of each statement.

-3-

7.      State the name and address of every person known to you, your agents, or your attorneys who has knowledge about, or possession, custody, or control of, any model, plat, map, drawing, motion picture, videotape, or photographs pertaining to any fact or issue involved in this controversy; and describe as to each, what item such person has, the name and address of the person who took or prepare it, and the date it was taken or prepared.

8.      Do you intend to call any expert witness at the trial of this case? If so, state as to each such witness the name and business address of the witness, the witness' qualifications as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds of each opinion.

9.      Identify any and all employees, adjusters and/or agents of Defendant who were involved in the handling, processing and/or decision not to fully pay Plaintiff's claim, and for each person so identified please describe their position with the company, their business address, the time frame they were involved in the processing fo the claim, and the actions taken by such individual with respect to the claim.

McLUSKEY, McDONALD & HUGHES, P.A.
THE BARRISTER BUILDING • 8821 S.W. 69TH COURT • MIAMI, FLORIDA 33156
TELEPHONE (305) 662-6160 • FACSIMILE (305) 662-6164 • EMAIL inquiry@mmlawmiami.com

10.     Please describe each document upon which you rely for your failure or refusal to fully adjust, investigate and/or issue payment for any part of the claim presented against the insurance policy at issue in this lawsuit and arising from the incident described in the Complaint for this matter with sufficient particularity to allow their description in a Request for Production.



11.     Please describe all facts and circumstances giving rise to your position regarding the refusal to make full payment regarding the claim at issue in the complaint.



12.     Please identify all written policies, manuals or written communications setting forth company practices, procedures, or policies regarding the handling of claims regarding your insurance policies, such as the one at issue. Please identify all documents with sufficient particularity to enable the Plaintiff to propound a Request for Production accordingly.



13.     Please provide the name, address, experience, training and educational background of each person who investigated, evaluated, managed, reviewed or otherwise handled the subject claim, or rendered any written or oral report regarding the claim.

McLUSKEY, McDONALD & HUGHES, P.A.
THE BARRISTER BUILDING • 8821 S.W. 69TH COURT • MIAMI, FLORIDA 33156
TELEPHONE (305) 662-6160 • FACSIMILE (305) 662-6164 • EMAIL inquiry@mmlawmiami.com

14.     If the claim was reviewed by the regional and/or home office, identify each person in that office who reviewed the file, that person's supervisor, and all writings or other evidence of communication to and from that office regarding the handling of the claim.

15.     Please provide a detailed explanation as to all premium payments made by Plaintiff to Defendant (whether by cash, check, electronic transfer or otherwise) and premium refunds or credits issued by you to Plaintiff for the insurance policy at issue, providing the date and the dollar amount.

16.     Please provide the names and all known contact information regarding any person or entity that performed an inspection at the premises and the date if said inspection.

-6-

STATE OF FLORIDA             )
                                        SS:

COUNTY OF                )

The foregoing instrument was acknowledged before me this _____ day of _____, 2015, by _____, who is personally known to me or who has produced _____ as identification.

 

_____
NOTARY PUBLIC

TYPED NAME: _____

COMMISSION EXPIRES: _____

COMMISSION NO.: _____

-7-

McLUSKEY, McDONALD & HUGHES, P.A.
THE BARRISTER BUILDING • 8821 S.W. 69TH COURT • MIAMI, FLORIDA 33156
TELEPHONE (305) 662-6160 • FACSIMILE (305) 662-6164 • EMAIL inquiry@mmlawmiami.com